FILED

2007 Aug-10  PM 01:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| CHARLES N. BARNES, SR., | ] | |
| | ] | |
| Plaintiff, | ] | |
| | ] | |
| vs. | ] | 7:07-CV-01049-LSC |
| | ] | |
| HOUSEHOLD FINANCE CORP. OF | ] | |
| NEVADA, et al., | ] | |
| | ] | |
| Defendants. | ] | |

ORDER

The Court has for consideration Plaintiff's Unopposed Motion for Leave to Amend the Complaint to Add a Party and to Dismiss Household Finance Corp. of Nevada Without Prejudice, which was filed on August 9, 2007. (Doc. 12.)  Plaintiff's motion is GRANTED in its entirety.  Defendant Household Finance Corporation of Nevada is hereby DISMISSED without prejudice from the above-entitled action.

Done this 10th day of August 2007.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
139297