FILED
2008 Jan-29 PM 01:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| CHARLES N. BARNES, SR., | ] |
| Plaintiff, | ] |
| vs. | ] 7:07-CV-01049-LSC |
| AFNI, INC., et al., | ] |
| Defendants. | ] |

ORDER

The Court has been advised by Plaintiff's counsel that the above-entitled cause has been settled. Therefore, this case is DISMISSED with prejudice. Any party may, for good cause shown, reopen the action within thirty (30) days from the date of this Order. Costs are taxed as paid.

Done this <u>29th</u> day of <u>January 2008</u>.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
139297